No. 01–8263.  SCHWARTZ v. KING COUNTY JAIL ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–8446.  OSBORNE v. UNITED STATES; and
No. 01–9940.  THOMAS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–8603.  THOMPSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–8640.  ROBINSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–8781.  PARKER v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 01–8859.  FAIR v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 01–9013.  FRANKLIN v. MAYNARD, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS.  Sup. Ct. S. C.  Certiorari denied.

No. 01–9326.  MOORE v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 01–9327.  CHAMBERS v. TURLEY ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 01–9328.  MCKAY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–9330.  EVANS v. SIKES, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 01–9331.  BENSON v. FRANK, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 01–9332.  MARTEL v. NEW HAMPSHIRE.  Merrimack County Probate Court, N. H.  Certiorari denied.

No. 01–9334.  DILLS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.